

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**ENTERED**
**02/14/2014**

| | | |
|---|---|---|
| IN RE: | § | |
| MORRIS LEE MARQUEZ; dba TEAM | § | CASE NO: 14-30793 |
| MARQUEZ | § | |
|     Debtor(s) | § | |
| | § | CHAPTER 13 |

## ORDER SETTING HEARING

A hearing will be held on **March 18, 2014, at 10:00 a.m**. at 515 Rusk Street, Courtroom 403, Fourth Floor, Houston, Texas 77002, to consider the following: **#11 Motion for Leave from Requirement to Use Uniform Plan/Plan Summary filed by Debtor**.

Movant to give notice of hearing and file a certificate of service with the court.

SIGNED 02/14/2014.

_____
Karen K. Brown
United States Bankruptcy Judge